Aliakbar
**FAZELIHOKMABAD, Petitioner,**

v.

**IMMIGRATION AND NATURALIZA-TION SERVICE, Respondent.**

**No. 85–7107.**

United States Court of Appeals,
Ninth Circuit.

June 2, 1988.

Simmons & Ungar, Terry J. Helbush, San Francisco, Cal., for petitioner.

David J. Kline and Donald E. Keener, Washington, D.C., for respondent.

Before SCHROEDER, CANBY and O'SCANNLAIN, Circuit Judges.

The petitioner's motion to dismiss is granted following approval of his application pursuant to the Immigration Reform and Control Act, 8 U.S.C. § 1255a(a). The dismissal is without prejudice. *See Arguelles–Vasquez v. INS,* 844 F.2d 700 (9th Cir.1988).